UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

AURELIUS CAPITAL PARTNERS, LP          :
and AURELIUS CAPITAL MASTER, LTD.,     :
                                       :     No.  07 Civ. 2715 (TPG)
              Plaintiffs               :
                                       :
         -against-                     :
                                       :
THE REPUBLIC OF ARGENTINA,             :
                                       :
              Defendant.               :
-------------------------------------------------------------x

AURELIUS CAPITAL PARTNERS, LP          :
and AURELIUS CAPITAL MASTER, LTD.,     :
                                       :     No.  07 Civ. 11327 (TPG)
              Plaintiffs               :
                                       :
         -against-                     :
                                       :
THE REPUBLIC OF ARGENTINA,             :
                                       :
              Defendant.               :
-------------------------------------------------------------x

BLUE ANGEL CAPITAL I LLC,              :
                                       :
              Plaintiff                :     No.  07 Civ. 2693 (TPG)
                                       :
         -against-                     :
                                       :
THE REPUBLIC OF ARGENTINA,             :
                                       :
              Defendant.               :
-------------------------------------------------------------x
Additional case captions on following page   :
-------------------------------------------------------------x

## SUPPLEMENTAL DECLARATION OF ERIN M. BRADRICK
## IN FURTHER SUPPORT OF THE
## AURELIUS PLAINTIFFS' MOTION TO CONFIRM PRIORITY

```
------------------------------------------------------x
NML CAPITAL, LTD.,                    :    No. 05 Civ. 2434 (TPG)
                                      :    No. 06 Civ. 6466 (TPG)
              Plaintiff               :    No. 07 Civ. 1910 (TPG)
                                      :    No. 07 Civ. 2690 (TPG)
           -against-                  :    No. 07 Civ. 6563 (TPG)
                                      :    No. 08 Civ. 2541 (TPG)
THE REPUBLIC OF ARGENTINA,            :    No. 08 Civ. 3302 (TPG)
                                      :    No. 08 Civ. 6978 (TPG)
              Defendant.              :
------------------------------------------------------x
GMO EMERGING COUNTRY DEBT L.P.,       :
                                      :
              Plaintiff               :    No. 05 Civ. 10380 (TPG)
                                      :
           -against-                  :
                                      :
THE REPUBLIC OF ARGENTINA,            :
                                      :
              Defendant.              :
------------------------------------------------------x
GMO EMERGING COUNTRY DEBT             :
INVESTMENT FUND PLC,                  :
                                      :    No. 05 Civ. 10382 (TPG)
              Plaintiff               :
                                      :
           -against-                  :
                                      :
THE REPUBLIC OF ARGENTINA,            :
                                      :
              Defendant.              :
------------------------------------------------------x
GMO EMERGING COUNTRY DEBT FUND,       :
                                      :
              Plaintiff               :    No. 05 Civ. 10383 (TPG)
                                      :
           -against-                  :
                                      :
THE REPUBLIC OF ARGENTINA,            :
                                      :
              Defendant.              :
------------------------------------------------------x
```

ERIN M. BRADRICK, under penalty of perjury, declares that the following is

true:

1.      I am an attorney duly admitted to practice law in the State of New York and an attorney at the firm Simpson Thacher & Bartlett LLP, counsel for Plaintiffs Aurelius Capital Partners, LP, Aurelius Capital Master, Ltd. and Blue Angel Capital I LLC ("Aurelius Plaintiffs") in these actions.

2.      I submit this supplemental declaration in further support of the Aurelius Plaintiffs' motion pursuant to 28 U.S.C. § 1610(c) and Section 5234(b) of the New York Civil Practice Law and Rules ("CPLR") to confirm priority over Argentine pension assets in the United States used for commercial activity, which this Court determined in an Opinion dated December 11, 2008 are available for attachment or execution under the Foreign Sovereign Immunities Act.

3.      Attached hereto as Exhibit A is a true and correct copy of the Writ of Execution, dated October 30, 2008, directed to Citibank, N.A. on behalf of Plaintiff Blue Angel Capital I LLC.

Dated:  February 4, 2009

_Erin Bradick_
Erin M. Bradrick

# EXHIBIT A

# United States District Court

## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. 08,0693                                    DOCKET NO. 07 Civ. 2693 (TPG)

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**
*To the Marshal of the Southern District of New York, GREETING:*

YOU ARE COMMANDED, that of the goods and chattels of ___The Republic of Argentina, specifically as___

further described in the notice attached hereto, _____

_____

in your district you cause to be made the sum of ___Two Hundred Twenty Nine Million Six Hundred Fifty Four Thousand___

___Four Hundred Fifteen___ dollars and ___Zero___ cents, ($ 229,654,415.00 )

which lately in the United States District Court of the United States for the Southern District of New York, in the Second
Circuit, ___Blue Angel Capital I LLC___

recovered against the said ___The Republic of Argentina___

_____

in an action between ___Blue Angel Capital I LLC___

_____

PLAINTIFF and ___The Republic of Argentina___

_____

DEFENDANT, in favor of said ___Blue Angel Capital I LLC___

_____

as appears by the record filed in the Clerk's Office of said District Court on the ___28th___ day

of ___April___, in the year of ___2008___

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the
same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time
thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to
the Clerk of said District Court.

WITNESS, the Honorable Kimba M. Wood, Chief Judge of the United States District Court, for the Southern
District of New York, at the City of New York, on the ___3rd___ day of ___October___ in the
year of our Lord ___2008___ *(year)*, and of the Independence of the United States the two hundred twenty-seventh
year.

*J. Michael McMahon*

_____
CLERK

# United States District Court
### SOUTHERN DISTRICT OF NEW YORK

Blue Angel Capital I LLC

-against-

The Republic of Argentina

**EXECUTION AGAINST PROPERTY**

Simpson Thacher & Bartlett LLP

Attorney for

**Blue Angel Capital I LLC**

Borough of Manhattan
City of New York

To the Marshal:
You will levy and collect    Two Hundred  Twenty  Nine
Million  Six Hundred  Fifty  Four  Thousand

Four Hundred Fifteen  (229,654,415.00) Dollars
and    Zero (0)                    cents,

with interest from the    28th

day of    April                    2008

besides your fees, etc.

_____
Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
BLUE ANGEL CAPITAL I LLC         :
        :    No. 07 Civ. 2693 (TPG)
            Judgment Creditor   :    (Judgment Docketed on April 28, 2008)
         :
            -against-       :
         :
THE REPUBLIC OF ARGENTINA,    :
         :
            Judgment Debtor.    :
-------------------------------------------------------x

## NOTICE OF LEVY

PLEASE TAKE NOTICE, that a levy by service of execution, a copy of which is herewith served upon you, is hereby made upon any and all property in your custody or control in the United States (whether real or personal, tangible or intangible, presently existing or hereafter arising) which could be assigned or transferred pursuant to N.Y. CPLR 5201, including but not limited to cash, deposits, real property, instruments, securities, security entitlements, security accounts, equity interests, claims, and contractual rights, and interests of any kind in the foregoing, held or maintained in the name of or for the use or benefit of:

(i)     Administración Nacional de Seguridad Social ("ANSES"); or

(ii)    any of the following Argentine Pension Funds ("Fondo de Jubilaciones y Pensiones", hereafter collectively referred to as the "FJP Funds"), which the Republic has announced plans to nationalize:

    1.  The Argentine Fondo de Jubilaciones y Pensiones that is managed by Arauca Bit AFJP SA

    2.  The Argentine Fondo de Jubilaciones y Pensiones that is managed by Consolidar AFJP SA

    3.  The Argentine Fondo de Jubilaciones y Pensiones that is managed by Futura AFJP SA

1

4.  The Argentine Fondo de Jubilaciones y Pensiones that is managed by Máxima SA AFJP

5.  The Argentine Fondo de Jubilaciones y Pensiones that is managed by Met AFJP SA

6.  The Argentine Fondo de Jubilaciones y Pensiones that is managed by Nación AFJP SA

7.  The Argentine Fondo de Jubilaciones y Pensiones that is managed by Orígenes AFJP SA

8.  The Argentine Fondo de Jubilaciones y Pensiones that is managed by Previsol AFJP SA

9.  The Argentine Fondo de Jubilaciones y Pensiones that is managed by Profesión+Auge AFJP

10. The Argentine Fondo de Jubilaciones y Pensiones that is managed by Unidos SA AFJP,

which are the subject of the restraining order issued by the United States District Court for the Southern District of New York (Griesa, J.) in the above-captioned action in October 2008.

For the avoidance of doubt and without limiting the foregoing, the property subject to this Notice of Levy shall include all securities beneficially owned by an FJP Fund or ANSES through an account maintained in the United States, regardless of where those securities are traded, the issuers located, or certificates representing those securities are ultimately held.

Dated: October 29, 2008

SIMPSON THACHER & BARTLETT LLP

Barry R. Ostrager
(bostrager@stblaw.com)
Mary Kay Vyskocil
(mvyskocil@stblaw.com)
Tyler B. Robinson
(trobinson@stblaw.com)
425 Lexington Avenue
New York, New York 10017-3909

Phone: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Judgment Creditor Blue
Angel Capital I LLC*

To:   Citibank, N.A.
      399 Park Avenue
      New York, New York 10043

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 15
DATE FILED: 4/25/08

BLUE ANGEL CAPITAL I LLC,

                        Plaintiff,

            - against -

THE REPUBLIC OF ARGENTINA,

                        Defendant.

07 Civ. 2693 (TPG)

[Proposed] JUDGMENT

#08,0693

MICROFILMED

APR 2 9 2008 -12 00 PM

        Plaintiff Blue Angel Capital I LLC having moved for summary judgment,

and the matter having come before the Honorable Thomas P. Griesa, United States

District Judge, and the Court, in its order entered April 7, 2008, having directed that

summary judgment be entered in favor of plaintiff Blue Angel Capital I LLC in the

amount of $119,359,000, plus all accrued and unpaid interest thereon, including

capitalized interest, and prejudgment interest as allowed by law, it is hereby

        ORDERED, ADJUDGED, AND DECREED that plaintiff Blue Angel

Capital I LLC recover from defendant the Republic of Argentina the amount of

$229,654,415; and it is further

ORDERED that, until further notice from the Court, plaintiff must refrain from selling or otherwise transferring their beneficial interests in the bonds involved in this action without advising the Court in advance and obtaining permission of the Court.

Dated:   New York, New York
         April 25, 2008

ENTER:

_Thomas P. Griesa_

United States District Judge


J. Michael McMahon,
Clerk of Court

By: _____
      Deputy Clerk


THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 4/29/9

-2-

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Blue Angel Capital I LLC | 07 Civ. 2693 (TPG) |
| DEFENDANT | TYPE OF PROCESS |
| The Republic of Argentina | Execution |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Citibank, N.A.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT   399 Park Avenue, New York, New York 10043

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mr. Barry Ostrager
425 Lexington Avenue
New York, New York 10017-3954

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER   (212) 455-2000   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

I hereby certify and return that ☐ I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service   Time   am / pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED          **5. ACKNOWLEDGMENT OF RECEIPT**          FORM USM-285 (Rev. 12/15/80)